*Benjamin E. Messler* for appellant.
*Andrew Wright Lent* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

STEHLI SILKS CORPORATION, Respondent, *v.* NATHAN J. KLEINBERG, Doing Business under the Trade Name of KLEINBERG WAIST COMPANY, Appellant.

*Contract — sale — action to recover for goods sold and delivered and for breach of contract.*

*Stehli Silks Corpn. v. Kleinberg,* 205 App. Div. 871, affirmed.

(Argued June 14, 1923; decided July 13, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 13, 1923, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for goods alleged to have been sold and delivered and for breach of contract.

*Charles A. Brodek* for appellant.
*H. Preston Coursen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

KATHERINE C. DEALY, Appellant, *v.* EDWARD C. KLAPP, Respondent.

*Contract — specific performance — vendor and purchaser — action to compel specific performance of contract to purchase real property.*

*Dealy v. Klapp,* 203 App. Div. 216, affirmed.

(Argued June 14, 1923; decided July 13, 1923.)

APPEAL from a judgment, entered December 13, 1922, upon an order of the Appellate Division of the Supreme Court in the third judicial department reversing a judgment in favor of defendant entered upon a verdict and directing judgment in favor of plaintiff. The action was to compel specific performance of an alleged contract

to purchase land. The order of the Appellate Division contained no provision requiring the plaintiff to specifically perform her part of the contract. Defendant moved to resettle and amend the order of the Appellate Division by incorporating in it provisions requiring the plaintiff also to specifically perform. The motion was granted and judgment *nunc pro tunc* as of December 13, 1922, was entered requiring not only defendant to perform his contract, but also granting to defendant affirmative relief and requiring that plaintiff perform the contract. From that judgment this appeal is taken.

*J. H. Dealy* for appellant.

*Christopher J. Heffernan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

EMPIRE TRUST COMPANY, as Trustee under the Will of HARRIET F. VAN ZANDT, Deceased, Respondent, *v.* FANNIE F. WELCH et al., Appellants, and PARK MORTGAGE COMPANY et al., Respondents.

*Real property — title — decedent's estate — action in equity to determine rights and liabilities relative to real property.*

*Empire Trust Co. v. Welch*, 206 App. Div. 673, affirmed.

(Argued June 14, 1923; decided July 13, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 12, 1923, unanimously affirming a judgment entered upon the report of a referee in an action brought by Empire Trust Company, acting as successor trustee under the will of Harriet F. Van Zandt, deceased, against appellants, as owners and holders of two bonds and mortgages, originally made to the Park Mortgage Company by Daniel E. Seybel, as trustee for Harriet F. Van Zandt, under authority given to him by a trust agreement made by and between the said Harriet F. Van Zandt and the said Daniel E. Seybel and dated June 16, 1899; and also against the owners